IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TAMARA JOHNSON, *et al.* | Civil Action No. CCB-21-1120 |
| v. | |
| CITY OF ANNAPOLIS | |

## ORDER

For the reasons stated in the accompanying memorandum:

1. The City of Annapolis's motion to dismiss (ECF 8) is **Denied**;
2. The Clerk shall **Send** a copy of this order and the accompanying memorandum to counsel of record.

So **Ordered** this 30th day of March 2022.

_____
Catherine C. Blake
United States District Judge