# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **TAMARA JOHNSON**, *et al.*, | * | |
| *Plaintiffs*, | * | |
| v. | * | Case No.: 1:21-cv-01120-MJM |
| **CITY OF ANNAPOLIS,** | * | |
| *Defendant/ Third Party Plaintiff* | * | |
| v. | * | |
| **HOUSING AUTHORITY OF THE CITY OF ANNAPOLIS,** | * | |
| | * | |
| *Third Party Defendant* | | |

## LINE

Defendant/Third Party Plaintiff, City of Annapolis, hereby withdraws its Motion, Memorandum and Proposed Order for the Motion for Summary Judgment [ECF 181], **WITHOUT PREJUDICE**, which was e-filed on November 25, 2025.

Respectfully submitted,

**CITY OF ANNAPOLIS
OFFICE OF LAW**

/s/ Jessica D. Corace
Jessica D. Corace, Bar No. 29828
Assistant City Attorney
160 Duke of Gloucester Street
Annapolis, Maryland 21401
(410) 263-7954
jcorace@annapolis.gov
Counsel for the City of Annapolis

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on December 12, 2025, a copy of the foregoing Defendant's Line was served electronically via e-filing through CM/ECF system to the following persons:

| | |
|---|---|
| P. Joseph Donahue, Esquire | Peter A. Holland, Esquire |
| The Donahue Law Firm, LLC | The Holland Law Firm PC |
| 18 West Street | 914 Bay Ridge Rd. Ste 230 |
| Annapolis, Maryland 21401 | Annapolis, MD 21403 |
| pjd@thedonahuelawfirm.com | peter@hollandlawfirm.com |
| *Co-Counsel for Plaintiffs* | *Co-Counsel for Plaintiffs* |
| | |
| Carrie Blackburn Riley, Esquire | Scott C. Borison, Esquire |
| Blackburn Riley, LLC | Borison Firm LLC |
| 222 Courthouse Court, Ste. 2F | 1400 S. Charles St. |
| Baltimore, MD 21204 | Baltimore MD 21230 |
| cbr@blackburnriley.com | scott@borisonfirm.com |
| *Attorney for Defendant Housing Authority of the City of Annapolis* | *Co-Counsel for Plaintiffs* |

                                        */s/ Jessica D. Corace*
                                        Jessica D. Corace, Assistant City Attorney