**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**Baltimore Division**

| | |
|---|---|
| TAMARA JOHNSON, et al. individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF ANNAPOLIS<br><br>Defendant. | Case No. 1:21-cv-01120-MJM |
| THE ESTATE OF DAMON R. FISHER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF ANNAPOLIS, et al.<br><br>Defendants. | Case No.: 1:21-cv-01074-MJM |

**JOINT STATUS REPORT REGARDING SETTLEMENT**

Defendant, the City of Annapolis, files this Joint Status Report with the consent of and on behalf of all parties in accordance with this Court's Paperless Orders (Fisher Doc. 255; Johnson Doc. 211) requiring that another status report be submitted on or before August 28, 2026.

On May 19, 2026 the parties attended their third mediation before Hon. Charles D. Austin. The parties reached a tentative settlement of the *Johnson* class action and of the *Fisher* case, as reported in the previous status reports submitted on May 26, 2026 (Johnson Doc. 204; Fisher Doc. 248).

The parties continue to make progress on the draft Settlement Agreement and the contingencies to the settlement. Unfortunately, an issue has arisen between the City of Annapolis and its insurer that will likely require the assistance of Magistrate Judge Austin to resolve. The City of Annapolis has reached out to Magistrate Judge Austin today to apprise him of the situation and solicit his assistance.

The parties request that the court order another status report to be filed on or before September 30, 2026, if a motion for preliminary approval has not been filed by that time.

Respectfully submitted,

*/s/ David M. Wyand*

David M. Wyand (Fed. Bar No. 23413)
Jamar R. Brown (Fed. Bar No. 19522)
Margaret Ann Giordano (Fed. Bar No. 31961)
Rosenberg Martin Greenberg, LLP
25 South Charles Street, 21st Floor
Baltimore, Maryland 21201
Phone: (410) 727-6600
Fax: (410) 727-1115
dwyand@rosenbergmartin.com
jbrown@rosenbergmartin.com
mgiordano@rosenbergmartin.com

*Counsel for Defendant/Third-Party Plaintiff*
*The City of Annapolis*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 28th day of August 2026, a copy of the foregoing Joint Status Report Regarding Settlement was served through the CM/ECF System on all counsel of record.

*/s/ David M. Wyand*
David M. Wyand (Fed. Bar No. 23413)